UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Case No. 11-cr-134-01-JL

<u>Deborah Rivera-Jurado</u>

O R D E R

    The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted. Length of continuance allowed only because of special considerations described in the motion.; Final Pretrial is rescheduled to March 22, 2012 at 11:30 a.m.; Trial is continued to the two-week period beginning April 3, 2012, 9:30 a.m.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                              _____
                                              Joseph N. Laplante
                                              Chief Judge

Date:  December 15, 2011
cc:  Jeffrey S. Levin, AFD
     Jennifer Davis, AUSA
     U.S. Marshal
     U.S. Probation